Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America<br>v.<br>Emily Ann Davis<br><br>*Defendant* | ) ) ) ) ) ) | Case No. 1:20-cr-022 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Emily Ann Davis     ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Possession with Intent to Distribute Oxycodone
Maintaining Drug-Involved Premises
Aiding and Abetting

Date:   02/05/2020

*/s/ Renee Hellwig*
*Issuing officer's signature*

City and state:   Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/05/2020 , and the person was arrested on *(date)* 03/03/2020
at *(city and state)* Bismarck, ND .

Date: 3/5/2020

*Arresting officer's signature*

DEA FFO David Stewart
*Printed name and title*